COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:      01-18-00418-CV

Trial Court Cause
Number:      2013-50819

Style:      Gregory Sullo and Brian Zimmerman

     **v** Felix Michael Kubosh a/k/a Kubosh Bail Bonding, Paul Kubosh a/k/a Kubosh Law Office

Date motion filed[*]:      January 22, 2018

Type of motion:      Joint Motion Regarding Proposed Structure of Oral Argument

Party filing motion:      appellants, appellees, cross-appellees

Document to be filed:      n/a

Is appeal accelerated? ☒ YES     ☐ NO

Ordered that motion is:

     ☐   Granted

         If document is to be filed, document due: _____

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐   Denied

     ☒   Dismissed (*e.g.*, want of jurisdiction, moot): <u>The motion is dismissed as moot. Oral argument was not granted in this case.</u>

     ☐   Other: _____

Judge's signature: <u>/s/ Evelyn V. Keyes</u>

         ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: <u>February 5, 2019</u>